UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                                                CRIMINAL NO.: 3:22-CR-00095-RGJ

MARION TARTER                                                   DEFENDANT

WRIT OF HABEAS CORPUS
AD PROSEQUENDUM

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF KENTUCKY, AND THE JAILER OF THE BULLITT COUNTY DETENTION CENTER AT SHEPHERDSVILLE, KENTUCKY, GREETINGS:

We command that you have the body of Marion Tarter, now detained in the Bullitt County Detention Center at Shepherdsville, Kentucky, under your custody as it is said, under safe and secure conduct on or before November 8, 2022 at 1:00 p.m., in Louisville, Kentucky, for appearance before the Judge of our District Court within and for the District aforesaid, and to remain in federal custody until final resolution of this case, for the purpose of defending, if he wishes, charges against him now pending in this Court, and after conclusion of said cause, that you return him to the said Bullitt County Detention Center in Shepherdsville, Kentucky, under safe and secure conduct, and have you then and there this writ.

October 6, 2022

Rebecca Grady Jennings, District Judge
United States District Court