| AOC-82-335 | | Case No. | 21-007241 |
|---|---|---|---|
| Commonwealth of Kentucky Court of Justice | | Court: | |
| Ky. Const. 10; RCr 13.10 | AFFIDAVIT FOR SEARCH WARRANT | County: | BULLITT |

The affiant, Officer Bradley Aubin #7751 _____ a peace officer of

Mt. Washington Police Department

being first duly sworn, states that he has and there is reasonable and probable grounds to believe and affiant does believe that there is now on the premises known and numbered as

155 Sullivan Hill Rd, Mt. Washington, Ky 47130    Mt. Washington Police Tow Lot

and more particularly described as follows:

A fenced in secured gravel parking lot where vehicles impounded by Mt. Washington Police Department officer's are stored.

and/or in a vehicle or vehicles described as:

2000, Chevrolet Blazer,  Color Silver,   VIN # 1GNDT13W8Y2306451

and/or on the person or persons of:

the following described personal property, to wit:

USA-000017

AOC-82-335
Affidavit for Search Warrant
p.2

**Affiant states that there is probable and reasonable cause to believe and affiant does believe that said property Constitutes (check appropriate box or boxes):**

☐ stolen or embezzled property;

☑ property or things used as the means of committing a crime;

☐ property of things in the possession of a person who intends to use it as a means of committing a crime;

☐ property or things in the possession of a person to whom it was delivered for the purpose of concealing it or

☑ preventing its discovery and which is intended to be used as a means of committing a crime;
   particular person has committed a crime.
   property or things consisting of evidence which tends to show that a crime has been committed or that

**Affiant has been an officer in the aforementioned agency for a period of 5 mon and the information and Observations continued herein were received and made in his capacity as an officer thereof.**

On the 7 day of APRIL, 20 22 at approximately 9:21 a.m. ☐ p.m. ☑

Affiant received information from/observed:

On 12/14/2021, Officers in the area conducted a traffic stop on a 2000 Chevrolet Blazer with no license plate in the area of Hartford Dr and Concord Dr. The subject driving the vehicle was very nervous and officers asked him to step out of the vehicle. When the subject exited he continued to make overt movements in what I believed was an attempt to conceal items. The subject was placed in handcuffs and officers located a string running from the outside of his pants to the inside of his pants. This was located during a pat down for weapons. Officers pulled on the string to conform there were no weapons attached on the other end and located a large clear bag of what appears to be methamphetamine and another large bag of what was found to be gabapentin. All of these were on the other end of the string hanging between his legs.

Acting on the information received, affiant conducted the following independent investigation:

On 2-6-22, Officer received a copy of a jail recording from Officer Jesse Bratcher. The recording was of the individual arrested that night on 12/14/2021, Marion Tarter Jr. In this recording, the suspect is speaking with a friend and they are trying to find someone to get the listed vehicle out of the impound lot. He states the following, "they need, they need, they need, to get the vehicle out of impound. Have James check the engine." He further states that the person who gets it out, needs to focus on the engine compartment and get the battery out of the intake. The individual arrested that night has a history of trafficking methamphetamine and officer believes there are narcotics being stored inside the vehicle. Officer has learned through training and experience that narcotics are commonly transported inside of the engine compartment, "traps" and concealed in other voids located inside the vehicle.

USA-000018

AOC-82-335
Affidavit for Search Warrant
p.3

Affiant has reasonable and probable cause to believe that grounds exist for the issuance of a Search Warrant, based on the aforementioned facts, information and circumstances and prays that a Search Warrant be issued, that the property be seized, or any part thereof, and brought before any court and/or retained subject to order of said court.

Bradley Aubin *(Digitally signed by Bradley Aubin)*

_____
Officer

Subscribed and sworn before me on this the _____ day of ____April____

20___ _____ a.m. ☐ p.m. ☐

_____

Notary 628285
Title    Exp. Aug 19, 23

| SW<br>Page 1 of 2 | **SEARCH WARRANT**<br>Ky. Const. Sect. 10; RCr 13.10 | Case No.: 21-007241<br>Court:<br>County: Bullitt<br>Division: |
|---|---|---|

**TO ALL PEACE OFFICERS IN THE COMMONWEALTH OF KENTUCKY:**
Proof by affidavit having this day been made before me by: Officer Bradley Aubin #7751

a peace officer of Mt. Washington Police Department, that there is probable and reasonable cause for the issuance of this Search Warrant as set out in the affidavit attached hereto and made a part hereof as if fully set forth herein; **you are commanded to search** the premises known and numbered as:

Mt. Washington Police Department Tow Lot
155 Sullivan Hill Rd
Mt. Washington, Ky 47130

and more particularly described as follows:

Mt. Washington Police Department Tow Lot
155 Sullivan Hill Rd
Mt. Washington, Ky 47130

A fenced in secured gravel parking lot where vehicles impounded by Mt. Washington Police Department officer's are stored.

and/or in a vehicle or vehicles described as:

2000, Chevrolet Blazer,
Color Silver
VIN # 1GNDT13W8Y2306451

and/or on the person or persons of:

**and seize the following described personal property:**

Any narcotics to include suspected methamphetamine, suspected heroin or any other illegal narcotic substance. All cash to include paper money and coin and any other item found in the vehicle related to case 21-007241 to support charges for KRS 218A.1412 (TRAFF IN CONT SUB, 1ST DEGREE > METHAMPHETAMINE). Any and all cellular phones located with in the vehicle as well as any documents found to contain information regarding our case both written and electronic. All evidence will be photographed and transported to MWPD and placed into evidence at that location 180 Landis Lane, Mt. Washington, Ky 47130.

USA-000020

SW
Page 2 of 2

If you find the above-described property, or any part thereof, **you will seize the property and deliver it forthwith** to me or any other court in which the offense in respect to which the property or things taken is triable, **or retain it in your custody subject** to order of said court.

Date: _____, 2_____

Judge _____ per phone
JENNIFER PORTER       4-8-22

_____ District Court Judge _____ Court

Executed this 8 day of April, 2022, by Officer Bradley Auburn,
of the Mt. Washington Police Dept., Badge No. 7751, by
searching said premises/vehicle/person(s) described herein and by seizing the following: see attachment.

USA-000021