UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                                                 Plaintiff

v.                                                         Criminal Action No. 3:22CR-95-RGJ

MARION TARTER                                                                             Defendant

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

An in-person status conference was held in this matter on March 21, 2023 before the Honorable Rebecca Grady Jennings, United States District Judge. The Court's official reporter was April Dowell. The following counsel participated in the status conference:

For the United States: Joshua Porter, Assistant United States Attorney

For the Defendant(s): Don Meier, Assistant Federal Defender, for Marion Tarter, who was present in person and in custody.

The Court and counsel discussed the procedural posture of the case. Counsel for the defendant informed the Court that he had not been able to discuss the suppression ruling with his client yet. The Court allowed a small break during this hearing to have those discussions however, Counsel stated that more time was needed with his client. The defense counsel asked for a continuance of this status hearing for an additional forty-five days. No objection by the United States. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

(1)     This matter is set for a further status hearing on **May 9, 2023 at 2:00 p.m.** before the Honorable Rebecca Grady Jennings, United States District Judge. If a motion is filed for a medical exam of the defendant, this hearing will be **remanded.**

(2) Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds **the period of delay from March 21, 2023 to May 9, 2023 is excludable in computing the time within which the trial must commence under the Speedy Trial Act**. The Court further finds that the ends of justice served by this delay outweigh the best interests of the public and the defendants in a speedy trial because failure to grant such a continuance would deny counsel for Defendant and the United States the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). This continuance is not being granted "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

(3) **IT IS FINALLY ORDERED** that the Defendant shall be remain in the custody of the United States Marshal pending further orders.

March 24, 2023

Rebecca Grady Jennings, District Judge
United States District Court

Copies to: Counsel of record, United States Probation

Court Time: 00/07
Court Reporter: April Dowell