UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                                                          Plaintiff

v.                                                                                Criminal Action No. 3:22CR-95-RGJ

MARION TARTER                                                                                     Defendant

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

An in-person status conference was held in this matter on July 18, 2023 before the Honorable Rebecca Grady Jennings, United States District Judge. The Court's official reporter was April Dowell. The following counsel participated in the status conference:

For the United States: Frank Dahl, on behalf of, Joshua Porter, Assistant United States Attorney

For the Defendant(s): Larry D. Simon and Brandon Edwards, for Marion Tarter, who was present in person and in custody.

The Court and counsel discussed the procedural posture of the case. Counsel for the defendant stated that he would like an additional thirty to forty-five days to continue to review the discovery. No objection by the United States. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

(1)     This matter is set for a further status hearing on **August 22, 2023 at 10:30 a.m.** before the Honorable Rebecca Grady Jennings, United States District Judge.

(2)     Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds **the period of delay from July 18, 2023 to August 22, 2023 is**

**excludable in computing the time within which the trial must commence under the Speedy Trial Act**. The Court further finds that the ends of justice served by this delay outweigh the best interests of the public and the defendants in a speedy trial because failure to grant such a continuance would deny counsel for Defendant and the United States the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). This continuance is not being granted "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

    (3)    **IT IS FINALLY ORDERED** that the Defendant shall be remain in the custody of the United States Marshal pending further orders.

Copies to:   Counsel of record, United States Probation

Court Time:  00/05
Court Reporter: April Dowell