FILED
JAMES J. VILT, JR - CLERK
NOV 6 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

UNITED STATES OF AMERICA          Plaintiff

v.                                Criminal Action No. 3:22CR-95-RGJ

MARION TARTER                     Defendant

## MOTION TO WITHDRAW Counsel AND PROCEED PRO SE

Comes now the defendant MARION TARTER and moves this court, to have appointed counsel withdrawn and to proceed PRO SE, pursuant to the Rules of Federal Procedure.

Respectfully submitted

MARION TARTER, jr
3405 W. Hwy 146
LaGrange, KY 40031



State of KY, County of Oldham
Signed before me on this 3rd day
of November 2023 by Marion Tarter
Notary Public Amanda Holt

1

NOTICE

Notice is hereby given that the original copy of foregoing was mailed postage prepaid this 1st day of November 2023, to the UNITED STATES clerk, Gene Snyder U.S. Courthouse 601 W. Broadway, Louisville KY 40202

MARION TARTER, jr

Certificate of Service

I hereby certify that a true copy of the same way mailed postage paid this 1st day of November 2023, to counsel of record Larry D. Simon A.L.B 471 W. MAIN ST. ste 200 Louisville KY. 40202

MARION TARTER, jr

MARION TARTER 49710
OCDC
3405 W. Hwy 146
LaGrange KY 40031

UNITED STATES
Clerk
Gne Synder U.S. Courthouse
601 W. Broadway
Louisville KY 40202




LOUISVILLE KY 400
4 NOV 2023 PM 2 L

FILED
JAMES J. VILT, JR. - CLERK
NOV - 6 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

40202-222700